Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924. Rehearing denied June 9, 1924.

Cooke, Sullivan & Ricks, for appellant; Oliver R. Barrett, of counsel. John A. Bloomingston, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Rockwell Manufacturing Company, appellee, v. Buhai Manufacturing Company, formerly Sterling Talking Machine Company, appellant. Gen. No. 29,032.**

Action for work and labor. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed on remittitur. Opinion filed May 27, 1924.

Schoenbrod & Rosengard, for appellant. Leo L. Weil, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**H. G. Saal Company, appellee, v. Lite Products Corporation, appellant. Gen. No. 29,041.**

Order denying motion to vacate judgment by confession. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Jay Fred Reeve, for appellant. George H. Kriete, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Russell Dillman, appellee, v. N. C. Wood, appellant. Gen. No. 29,050.**

Action for money loaned. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924.

Fisher, Boyden, Kales & Bell, for appellant; Earl K. Schiek, of counsel. William J. Sheridan, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**National Lead Company, appellee, v. Columbia Casualty Company, appellant. Gen. No. 29,062.**

Action against surety of carrier by water for loss of shipment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924. Rehearing denied June 10, 1924.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and John W. Fisher, of counsel. Edward L. England, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Phillip Luzzo and Josephine Luzzo, appellees, v. Mary Toring et al., on appeal of James H. Hooper, appellant. Gen. No. 29,187.**

Partition. Interlocutory order appointing receiver. Interlocutory appeal from the Superior Court of Cook county; the Hon. Denis E.